IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02935-BNB-MJW

ROBERT HUGHES,

Plaintiff,

v.

UNITED RESOURCE SYSTEMS, INC.,

Defendant.

---

**ORDER**

---

Based upon the **Stipulation of Dismissal** [Doc. # 28, filed 9/16/2010]:

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear

his or its own fees and costs.

DATED September 17, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge